```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 19-01121-HWV
Robert Bakibinga                                              Chapter 13
Catherine Bakibinga
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRadginsk         Page 1 of 1         Date Rcvd: May 10, 2019
                             Form ID: pdf010         Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
```
db/jdb         +Robert Bakibinga,   Catherine Bakibinga,   4793 Sweetbrier Drive,   Harrisburg, PA 17111-3612
5174766        +ASSET RECOVERY SOLUTIONS,   2200 E DEVON AVE STE 200,   DES PLAINES, IL 60018-4501
5192982        +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
5176305       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,   PO Box 62180,
                 Colorado Spring, CO  80962)
5174765        +GENERAL REWVENUE CORP,   4660 DUKE DR SUITE 300,   MASON, OH 45040-8466
5174771        +KML LAW GROUP,   701 MARKET ST 5000,   PHILADELPHIA, PA 19106-1541
5174770        +MODERN RECOVERY SOLUTIONS,   300 POPLAR ST,   RICHLAND, PA 17087-9715
5174767        +NAVENT EDUCATION LOAN,   PO BOX 9635,   WILKES-BARRE, PA 18773-9635
5182636        +National Collegiate Student Loan Trust 2007-3,   Po Box 4275,   Norcross, GA 30091-4275
5174768        +PERFORMANT RECOVERY,   333 NORTH CANYONS PARKWAY SUITE 100,   LIVERMORE, CA 94551-9480
5174772        +RICHARD@ASSOCIATES INC,   6984 WERTZVILLE RD,   ENOLA, PA 17025-1037
5181595        +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
5174761        +UNITED COLLECTION BUREAU,   5620 SOUTHWYCK BLVD,   TOLEDO, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5174764        +E-mail/Text: documentfiling@lciinc.com May 10 2019 19:10:53     COMCAST CABLE,   PO BOX 3002,
                 SOUTHEASTERN, PA 19398-3002
5174762        +E-mail/Text: bankruptcy@credencerm.com May 10 2019 19:11:27     CREDENCE,
                 17000 DALLAS PARKWAY SUITE 204,   DALLAS, TX 75248-1940
5174763        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 10 2019 19:11:31
                 CREDIT COLLECTION SERVICES,   725 CANTON STREET,   NORWOOD, MA 02062-2679
5174769         E-mail/Text: camanagement@mtb.com May 10 2019 19:11:03     M&T BANK,   PO BOX 62182,
                 BALTIMORE, MD 21264
5178345         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2019 19:13:59     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   PO Box 248848,   Oklahoma City, OK  73124-8848
                                                                                               TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Howard  Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Robert Bakibinga | | | |
|---|---|---|---|
| | Debtor 1 | Chapter: | 13 |
| | | Case No.: | 1:19-bk-01121-HWV |
| Catherine Bakibinga | Debtor 2 | | |

### ORDER DISMISSING CASE

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: May 9, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)

Order Dismissing Case for Failure to File Req. Docs. - Revised 04/18